UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAMPA BAY AMERICANS WITH**
**DISABILITIES ASSOCIATION, INC., et al.,**

    **Plaintiffs,**

v.                                    Case No.  8:04-cv-2173-T-30MAP

**MILDRED W. TRUBEY d/b/a PERSONAL**
**TOUCH CATERING AND FLORIST, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Approval of Settlement and Request for Retention of Jurisdiction (Dkt. #13).  The parties filed a notice of settlement of this Americans with Disabilities Act case on April 4, 2005.  The only issue before the Court is whether Plaintiff's attorneys fees and costs totaling $5,800.00 are reasonable and appropriate.

Having reviewed the records submitted in support of the Motion, this Court finds that Plaintiff's attorney's fees are reasonable and appropriate, but that the amount of costs ($1,116.67) is unreasonably high.  Specifically, Plaintiff's expert costs should be reduced because the expert is only entitled to $100 per hour in light of her experience and qualifications, and only one (1) hour of travel time to/from the Defendant's flower shop is reasonable and appropriate.   Additionally, the costs Plaintiff incurred for "subscription to online services related to property records and permits," "pre-litigation inspection costs,"

postage and copying are not taxable.  See e.g., Duckworth v. Whisenant, 97 F.3d 1393, 1399 (11th Cir. 1996).  Accordingly, this Court approves the parties settlement agreement in so far as it reflects attorney's fees and costs in the amount of $5,133.33.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Approval of Settlement and Request for Retention of Jurisdiction (Dkt. #13) is **GRANTED in part** and **DENIED in part** as stated herein.

2. This Court approves payment to Plaintiff of **$5,133.33** in attorney's fees and costs (**$4,683.33** in attorneys fees, plus **$300.00** in expert costs and **$150.00** in costs).

3. This Court will retain jurisdiction of this case for **NINETY (90) DAYS** from the date of this Order.

4. The Clerk of Court is directed to **CLOSE** this case and **TERMINATE** all pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-2173 Motn Fees & Costs ADA.wpd